■ JEN-KALA PRICE, Respondent, v UNITED TECHNOLOGIES CORPORATION et al., Defendants, and OTIS ELEVATOR COMPANY, Appellant. [705 NYS2d 548] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Barry, J. (Appeal from Order of Supreme Court, Monroe County, Barry, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Lawton, JJ

■ STEVEN STEELE et al., Appellants, v SCOTT T. THERI-AULT, Doing Business as TIP CONSTRUCTION, Respondent, et al., Defendant. [705 NYS2d 908] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Marks, J. (Appeal from Order of Supreme Court, Ontario County, Marks, J.—Default Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.